**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-6138**

---

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

DEMOND O'NEIL PARKER, a/k/a Neil,

              Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.   Norman K. Moon, Senior District Judge.   (6:99-cr-70054-NKM-9)

---

Submitted:  May 31, 2012              Decided:  June 6, 2012

---

Before KING, DUNCAN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Demond O'Neil Parker, Appellant Pro Se.  Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demond O'Neil Parker appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Parker, No. 6:99-cr-70054-NKM-9 (W.D. Va. Jan. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED